IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

KNOXVILLE DIVISION


PHILLIPS AND JORDAN, INC. and
PHILLIPS AND JORDAN, INC., 401(K)
RETIREMENT PLAN,

      Plaintiffs,                         No. 3:14-CV-244

v.

ANGELA LAUGHTER, EXECTRIX OF THE
ESTATE OF J. J. SHULER; ANGELA LAUGHTER,
a/k/a ANN LAUGHTER, individually; MELISSA
JORDAN; JADE CARVER; and  JAY C. EVANS,

      Defendants.


**CONSENT JUDGMENT AUTHORIZING DEPOSIT AND CONSENT ORDER
AUTHORIZING DISBURSEMENT OF DEPOSIT**

      This matter came on before the undersigned United States District Court Judge for
disposition and it appearing to the Court, as evidenced by the signed Consents of the Respective
Parties and their counsels below that the parties desire to compromise and settle all issues raised
by the pleadings in this case and the parties waive further Findings of Fact and Conclusions of
Law by this Court and the parties consent and agree as follows:


1.  This is an interpleader action filed by the Plaintiffs requesting that they be allowed to pay
    into the Clerk of the Court all funds on deposit from a 401(K) account of a former
    employee who is now deceased, to wit: J. J. Shuler.

2.  The Plaintiffs, Phillips and Jordan, Inc. and Phillips and Jordan, Inc. 401(K) Retirement
    Plan, shall pay or cause to be paid into the Clerk of the Court for the United States
    District Court for the Eastern District of Tennessee at Knoxville all sums on deposit with
    them in the name of J. J. Shuler within ten days of the entry of this Consent Judgment.
    Upon payment of such funds, the Plaintiffs shall be fully discharged and release from any
    and all claims of the Defendants for the payment of such funds.

3. The Clerk of Court for the United States District Court for the Eastern District of Tennessee shall thereafter deposit such funds in the Clerk of Court's interest bearing account at BB & T in Knoxville, Tennessee and pay such funds within ten days thereafter to Ann Laughter, the Administrator of the Estate of J. J. Shuler. Ann Laughter, as Administrator of the Estate of J. J. Shuler shall thereafter distribute such funds to the persons lawfully entitled to those funds as a result of the death of J. J. Shuler under North Carolina law.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED THAT THE FOREGOING CONSENTS AND AGREEMENTS OF THE PARTIES ARE HEREBY MADE A JUDGMENT OF THIS COURT ENFORCEABLE AS PROVIDED BY LAW.**

This the 27th day of August, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

WE CONSENT:

_____
Phillips and Jordan, Inc.
Plaintiff

_____
P. Edward Pratt
Attorney for Plaintiffs

_____
Ann Laughter, Individually and as
Administrator of the Estate of J. J. Shuler
Defendant

_____
Jade Carver
Defendant

_____
Steven G. Shope
Attorney for Defendants
Melissa Jordan, Jade Carver, and Ann Laughter

_____
Phillips and Jordan, Inc. 401(K) Ret. Plan
Plaintiff

_____
Melissa Jordan
Defendant

_____
Jay C. Evans
Defendant, Pro Se

State of North Carolina
County of Graham

I, _Julie C Hancock_ , a Notary Public for said County and State, Do hereby certify that _Melissa Jordan_ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the _4th_ day of _August_ , 2014.

_Julie C Hancock_
Notary Public

My Commission Expires: _11/03/14_

```
JULIE C HANCOCK
Notary Public
Cherokee County
NORTH CAROLINA
```

State of North Carolina
County of Graham

I, _Julie C Hancock_ , a Notary Public for said County and State, Do hereby certify that _Jade Carver_ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the _4th_ day of _August_ , 2014.

_Julie C Hancock_
Notary Public

My Commission Expires: _11/03/14_

```
JULIE C HANCOCK
Notary Public
Cherokee County
NORTH CAROLINA
```

State of North Carolina
County of Graham

I, Julie C Hancock, a Notary Public for said County and State, Do hereby certify that Ann Laughter personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 4th day of August, 2014.

Julie C Hancock
Notary Public

My Commission Expires: 11|03|14

JULIE C HANCOCK
Notary Public
Cherokee County
NORTH CAROLINA

State of North Carolina
County of Graham

I, Julie C Hancock, a Notary Public for said County and State, Do hereby certify that Jay C. Evans personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 4th day of August, 2014.

Julie C Hancock
Notary Public

My Commission Expires: 11|03|14

JULIE C HANCOCK
Notary Public
Cherokee County
NORTH CAROLINA